**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Charles Junior LOCKLEAR, a/k/a Ron, Defendant–Appellant.**

**No. 11–6043.**

United States Court of Appeals, Fourth Circuit.

Submitted June 16, 2011.

Decided July 21, 2011.

Charles Junior Locklear, Appellant Pro Se. J. Frank Bradsher, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Junior Locklear appeals the district court's order denying his Fed. R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *Locklear v. United States,* No. 7:09–cr–00101–BO–1 (E.D.N.C. Nov. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*